# UNITED STATES DISTRICT COURT
### for the
### District of Oregon
### MEDFORD Division

| | |
|---|---|
| DAREN J. MOORE <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> SEE ATTACHED <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 1-24-CV-00844-CL <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DAREN J. MOORE 2982
Street Address: MAILING ADDRESS 2982 MERRY LN.
City and County: WHITE CITY OR. 97503-1912
State and Zip Code:
Telephone Number:
E-mail Address:

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: PATRICK IRISH
- Job or Title (if known): D.S.P. #46850
- Street Address: KLAMATH COMMAND POST
- City and County: KLAMATH FALLS
- State and Zip Code: OR. 97603
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: THOMAS ~~ANDRA~~ ANDREAZZI
- Job or Title (if known): #53149  53149
- Street Address: KLAMATH FALLS OR. 97603
- City and County: COMMAND POST
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: ROBERT FENNER #31382
- Job or Title (if known): O.S.P.
- Street Address: KLAMATH CO. COMMAND
- City and County: KLAMTH FALLS OR. 97603
- State and Zip Code: OR. 97603
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: KYSON CULP #54028
- Job or Title (if known): O.S.P.
- Street Address: KLAMATH FALLS COMMAND POST
- City and County: KLAMATH FALLS OR. 97603
- State and Zip Code: OR. 95603
- Telephone Number:
- E-mail Address (if known):

5. JULIE ALMAND
O.S.P.
KLAMATH FALLS